Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−21683−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nilda R Vargas
   322 Midland Avenue
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−2509

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        8/15/18
Time:       09:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 26, 2018
JAN: dlr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-21683-RG
Nilda R Vargas                                                           Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                Page 1 of 2              Date Rcvd: Jun 26, 2018
                                Form ID: 132               Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db             +Nilda R Vargas,    322 Midland Avenue,    Garfield, NJ 07026-1717
517581613     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  AM HONDA FIN,    201 LITTLE FALLS DR,    WILMINGTON, DE 19808)
517581615      +Buckley Madole, PC,    99 Wood Ave.,    Iselin, NJ 08830-2713
517581616       CACH LLC,    POB 5980,   DENVER, CO 80127
517581621      +FED LOAN SERV,    PO BOX 60610,   HARRISBURG, PA 17106-0610
517581625      +SPECIALIZED LOAN SERVI,    8742 LUCENT BLVD,    HIGHLANDS RANCH, CO 80129-2386
517581626     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  TOYOTA MOTOR CREDIT,    4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054)
517581628      +US DEPT OF ED/GLELSI,    PO BOX 7860,   MADISON, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 26 2018 22:12:53       U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 26 2018 22:12:53       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517581614      +E-mail/Text: bsimmons@amsher.com Jun 26 2018 22:12:58       AMSHER COLLECTION SERV,
                 4524 SOUTHLAKE PARKWAY,    HOOVER, AL 35244-3271
517581617      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 26 2018 22:13:01       CREDIT COLL,
                 PO BOX 607,   NORWOOD, MA 02062-0607
517581618      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 26 2018 22:22:18       CREDIT ONE BANK NA,
                 PO BOX 98875,   LAS VEGAS, NV 89193-8875
517595756      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 26 2018 22:22:16
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517581619      +E-mail/PDF: pa_dc_ed@navient.com Jun 26 2018 22:22:31       DPT ED/SLM,   PO BOX 9635,
                 WILKES BARRE, PA 18773-9635
517581622      +E-mail/Text: bkr@cardworks.com Jun 26 2018 22:12:38       MERRICK BANK,   PO BOX 9201,
                 OLD BETHPAGE, NY 11804-9001
517581623      +E-mail/PDF: pa_dc_claims@navient.com Jun 26 2018 22:22:15       NAVIENT SOLUTIONS INC,
                 11100 USA PKWY,   FISHERS, IN 46037-9203
517605429      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 26 2018 22:22:38       T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517581620*     +DPT ED/SLM,    PO BOX 9635,   WILKES BARRE, PA 18773-9635
517581624*      NAVIENT SOLUTIONS INC,    11100 USA PKWY,   FISHERS, IN 46037-9203
517581627*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  TOYOTA MOTOR CREDIT,    4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054)
517581629*     +US DEPT OF ED/GLELSI,    PO BOX 7860,   MADISON, WI 53707-7860
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Jun 26, 2018
                              Form ID: 132             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
            Marie-Ann Greenberg    magecf@magtrustee.com
            Russell L. Low    on behalf of Debtor Nilda R Vargas rbear611@aol.com,
             ecf@lowbankruptcy.com;r57808@notify.bestcase.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 3