Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−21683−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nilda R Vargas
   aka Nilda R Vargas Pabon
   322 Midland Avenue
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−2509

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 06/25/2018 and a confirmation hearing on such Plan has been scheduled for 8/15/2018.

The debtor filed a Modified Plan on 08/14/2018 and a confirmation hearing on the Modified Plan is scheduled for 9/19/2018 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 15, 2018
JAN: dmc

Jeanne Naughton
Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                         Case No. 18-21683-RG
Nilda R Vargas                                                 Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Aug 15, 2018
                              Form ID: 186                 Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db             +Nilda R Vargas,    322 Midland Avenue,    Garfield, NJ 07026-1717
517581613     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: AM HONDA FIN,     201 LITTLE FALLS DR,    WILMINGTON, DE 19808)
517581615      +Buckley Madole, PC,    99 Wood Ave.,    Iselin, NJ 08830-2713
517581616       CACH LLC,   POB 5980,    DENVER, CO 80127
517659607       CACH, LLC its successors and assigns as assignee,     of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517581621      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517581625      +SPECIALIZED LOAN SERVI,     8742 LUCENT BLVD,    HIGHLANDS RANCH, CO 80129-2386
517581626     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA MOTOR CREDIT,     4 GATEHALL DR STE 350,
                PARSIPPANY, NJ 07054)
517617814      +The Bank of New York Mellon Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517623186      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517581628      +US DEPT OF ED/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2018 23:45:43     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2018 23:45:40      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517581614      +E-mail/Text: bsimmons@amsher.com Aug 15 2018 23:46:05     AMSHER COLLECTION SERV,
                4524 SOUTHLAKE PARKWAY,    HOOVER, AL 35244-3271
517581617      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 15 2018 23:46:24     CREDIT COLL,
                PO BOX 607,    NORWOOD, MA 02062-0607
517581618      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 15 2018 23:52:18     CREDIT ONE BANK NA,
                PO BOX 98875,    LAS VEGAS, NV 89193-8875
517623057      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 15 2018 23:52:17
                Capital One Auto Finance, a division of Capital On,     P.O. Box 4360,   Houston, TX 77210-4360
517595756      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 15 2018 23:52:14
                Capital One Auto Finance, a division of Capital On,     AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517581619      +E-mail/PDF: pa_dc_ed@navient.com Aug 15 2018 23:53:47     DPT ED/SLM,   PO BOX 9635,
                WILKES BARRE, PA 18773-9635
517659608       E-mail/Text: bkr@cardworks.com Aug 15 2018 23:44:40     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
517581622      +E-mail/Text: bkr@cardworks.com Aug 15 2018 23:44:40     MERRICK BANK,   PO BOX 9201,
                OLD BETHPAGE, NY 11804-9001
517581623      +E-mail/PDF: pa_dc_claims@navient.com Aug 15 2018 23:53:01     NAVIENT SOLUTIONS INC,
                11100 USA PKWY,    FISHERS, IN 46037-9203
517605429      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2018 00:04:35     T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517581620*     +DPT ED/SLM,    PO BOX 9635,   WILKES BARRE, PA 18773-9635
517581624*     +NAVIENT SOLUTIONS INC,    11100 USA PKWY,   FISHERS, IN 46037-9203
517581627*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA MOTOR CREDIT,     4 GATEHALL DR STE 350,
                PARSIPPANY, NJ 07054)
517581629*     +US DEPT OF ED/GLELSI,    PO BOX 7860,   MADISON, WI 53707-7860
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Aug 15, 2018
                              Form ID: 186             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Russell L. Low    on behalf of Debtor Nilda R Vargas rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```