UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

Order Filed on November 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nilda Vargas

Case No.:    18-21683

Chapter:    13

Judge:    RG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 19, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____July 6, 2018_____ :

Property: _____322 Midland Avenue Garfield NJ 07026_____

Creditor: _____Specialized Loan Servicing_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Russell L. Low_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____2/6/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Nilda R Vargas  
     Debtor

Case No. 18-21683-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 20, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.  
db          +Nilda R Vargas,    322 Midland Avenue,    Garfield, NJ 07026-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
          kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...  
          kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Russell L. Low    on behalf of Debtor Nilda R Vargas  rbear611@aol.com,  
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                       TOTAL: 7