**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

NILDA R VARGAS

Order Filed on June 20, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-21683 RG

Hearing Date:  6/19/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: June 20, 2019

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): NILDA R VARGAS

Case No.: 18-21683

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 06/19/2019 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Nilda R Vargas  
    Debtor

Case No. 18-21683-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 21, 2019  
               Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.  
db          +Nilda R Vargas,    322 Midland Avenue,    Garfield, NJ 07026-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
          kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...  
          kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Russell L. Low    on behalf of Debtor Nilda R Vargas   rbear611@aol.com,  
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                        TOTAL: 7