# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−21683−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nilda R Vargas
   aka Nilda R Vargas Pabon
   322 Midland Avenue
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−2509

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/4/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 4, 2019
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-21683-RG
Nilda R Vargas                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Sep 04, 2019
                             Form ID: 148             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
```
db              +Nilda R Vargas,    322 Midland Avenue,    Garfield, NJ 07026-1717
517581613      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:  AM HONDA FIN,    201 LITTLE FALLS DR,    WILMINGTON, DE 19808)
517581615      #+Buckley Madole, PC,    99 Wood Ave.,    Iselin, NJ 08830-2713
517581616       +CACH LLC,    POB 5980,    DENVER, CO 80127
517659607        CACH, LLC its successors and assigns as assignee,     of Capital One Bank (USA), N.A.,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517581621       +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517581625       +SPECIALIZED LOAN SERVI,    8742 LUCENT BLVD,    HIGHLANDS RANCH, CO 80129-2386
517617814       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                   8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517623186       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517896120        U.S. Department of Education,    C/O FedLoan Servicing,     P.O. Box 69184,
                   Harrisburg PA 17106-9184
517581628       +US DEPT OF ED/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2019 23:41:25     U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2019 23:41:21      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
517581614      +EDI: AMSHER.COM Sep 05 2019 03:13:00      AMSHER COLLECTION SERV,    4524 SOUTHLAKE PARKWAY,
                   HOOVER, AL 35244-3271
517701716       EDI: RESURGENT.COM Sep 05 2019 03:13:00      Ashley Funding Services, LLC its successors and,
                   assigns as assignee of Laboratory,    Corporation of America Holdings,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517581617      +EDI: CCS.COM Sep 05 2019 03:13:00      CREDIT COLL,    PO BOX 607,    NORWOOD, MA 02062-0607
517581618      +EDI: RCSFNBMARIN.COM Sep 05 2019 03:13:00      CREDIT ONE BANK NA,    PO BOX 98875,
                   LAS VEGAS, NV 89193-8875
517623057      +EDI: AISACG.COM Sep 05 2019 03:13:00      Capital One Auto Finance, a division of Capital On,
                   P.O. Box 4360,    Houston, TX 77210-4360
517595756      +EDI: AISACG.COM Sep 05 2019 03:13:00      Capital One Auto Finance, a division of Capital On,
                   AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517581619      +EDI: NAVIENTFKASMDOE.COM Sep 05 2019 03:13:00      DPT ED/SLM,    PO BOX 9635,
                   WILKES BARRE, PA 18773-9635
517659608       EDI: MERRICKBANK.COM Sep 05 2019 03:13:00      MERRICK BANK,    Resurgent Capital Services,
                   PO Box 10368,    Greenville, SC 29603-0368
517581622      +EDI: MERRICKBANK.COM Sep 05 2019 03:13:00      MERRICK BANK,    PO BOX 9201,
                   OLD BETHPAGE, NY 11804-9001
517581623      +EDI: NAVIENTFKASMSERV.COM Sep 05 2019 03:13:00      NAVIENT SOLUTIONS INC,    11100 USA PKWY,
                   FISHERS, IN 46037-9203
517605429      +EDI: AIS.COM Sep 05 2019 03:13:00      T Mobile/T-Mobile USA Inc,
                   by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517581626       EDI: TFSR.COM Sep 05 2019 03:13:00      TOYOTA MOTOR CREDIT,    4 GATEHALL DR STE 350,
                   PARSIPPANY, NJ 07054
                                                                                               TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517581620*      +DPT ED/SLM,    PO BOX 9635,    WILKES BARRE, PA 18773-9635
517581624*      +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
517581627*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  TOYOTA MOTOR CREDIT,    4 GATEHALL DR STE 350,
                   PARSIPPANY, NJ 07054)
517581629*      +US DEPT OF ED/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860
                                                                                    TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Sep 04, 2019
                              Form ID: 148             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Nilda R Vargas rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```