| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 4, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   NILDA R VARGAS | Chapter 13 Case No.:  18-21683 RG<br><br>HEARING DATE:  08/07/2019<br><br>Judge:  ROSEMARY GAMBARDELLA |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: September 4, 2019

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s):  NILDA R VARGAS

Case No.:  18-21683

Caption of Order:  ORDER DISMISSING PETITION

---

   THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion for Dismissal of the Debtor(s)' Chapter 13 Petition on, and the Court having been satisified that proper service and notice was effectuated on the Debtor(s) and Debtor(s) counsel, and the Court having considered the Chapter 13 Standing Trustee's report, by reasons set forth in the certification and good and sufficient cause appearing therefrom for the entry of this Order, it is:

   ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice; and it is further

   ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s) Plan, shall be disbursed to the Debtor(s), less any applicable trustee fees and comissions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

   Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any  administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Nilda R Vargas  
    Debtor

Case No. 18-21683-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 04, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.  
db         +Nilda R Vargas,   322 Midland Avenue,   Garfield, NJ 07026-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:  
        Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON et al ...  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation  
         kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald   on behalf of Creditor   THE BANK OF NEW YORK MELLON et al ...  
         kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Russell L. Low   on behalf of Debtor Nilda R Vargas   rbear611@aol.com,  
         ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 7